**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **CORINTHIAN CAIN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>vs.<br>CORINTHIAN CAIN,<br>RASHAD CAIN,<br>MITCHELL COMEAUX<br>KYLE JACKSON,<br>TERRELL JOSEPH,<br>JYLYN RICHARDSON-GREEN<br>LAJON TIMMONS and<br>DIONTAE VALENTINE<br>        Defendants. | No. CR-16-0513 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |

## STIPULATION

This matter is currently set on May 26, 2017 for status. The government has provided voluminous written, video and audio recorded discovery that the defense is diligently reviewing. Some further requested recorded and documentary discovery has yet to be produced, although the government has been trying to obtain it and anticipates providing all outstanding discovery in the near

1

future. All parties agree that a continuance to July 14, 2017 is necessary to provide counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, before pretrial motions, dispositions or trial settings can be intelligently discussed.

So stipulated,

Date: May 18, 2017        /S/-Brian Berson
                          BRIAN P. BERSON
                          Attorney for Corinthian Cain

Date: May 18, 2017        /S/-Laurel Headley
                          LAUREL HEADLEY
                          Attorney for Jylyn Richardson-Green

Date: May 18, 2017        /S/-Miranda Kane
                          Attorney for Rashad Cain

Date: May 18, 2017        /S/-Tony Tamburello
                          TONY TAMBURELLO
                          Attorney for Kyle Jackson

Date: May 18, 2017        /S/-Adam Penella
                          ADAM PENELLA
                          Attorney for Terrell Joseph

Date: May 18, 2017        /S/-Linda Fullerton
                          LINDA FULLERTON
                          Attorney for Lajon Timmons

Date: May 18, 2017        /S/-Deborah Levine
                          DEBORAH LEVINE
                          Attorney for Mitchell Comeaux

Date: May 18, 2017        /S/-Juliana Drous
                          JULIANA DROUS
                          Attorney for Diontae Valentine

/S/-Marc Wolf
MARC PRICE WOLF
Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, this matter will be continued from May 23, 2017 to July 14, 2017 at 9:30 a.m. Furthermore, the Court finds that there is good cause to exclude the time between May 26, 2017 to July 14, 2017 because failing to do so would deny defendants continuity of counsel and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. Sec. 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between May 26, 2017 and July 14, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time between May 26, 2017 and July 14, 2017 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. Sec. 3161(h)(7)(A) and (B)(iv).

So ordered.

Dated: May 19, 2017

