**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **CORINTHIAN CAIN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-16-0513 JST |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE** |
| vs. ) | |
| CORINTHIAN CAIN, ) | |
| Defendant. ) | |

**STIPULATION**

This matter is currently set on December 8, 2017 for sentencing. Due to logistical difficulties, the probation officer assigned to the case and Mr. Cain's counsel have been unable to schedule the initial PSR interview of defendant Cain until November 6, 2017. In addition, Mr. Cain's counsel is scheduled to begin a serious sex assault trial in San Francisco Superior Court on December 8, 2017, which he estimates will last at least two weeks. Government counsel, new to the case, is agreeable to a continuance of the sentencing to January 26, 2018. Therefore, the

1

parties stipulate, with the USPO's concurrence, that sentencing in this matter should be continued to January 26, 2018 at 9:30 a.m.

So stipulated,

Date: October 17, 2017  /S/-Brian Berson
BRIAN P. BERSON
Attorney for Corinthian Cain

Date: October 17, 2017  /S/-Stephen J. Meyer
STEPHEN J. MEYER
Assistant United States Attorney

### [PROPOSED] ORDER

For the reasons stated above, sentencing of Corinthian Cain will be continued from December 8, 2017 to January 26, 2018 at 9:30 a.m.

So ordered.

Dated: October 18, 2017



THE HONORABLE JON S. TIGAR
United States District Judge