**BRIAN P. BERSON, ESQ.**
1000 Brannan St., Suite 488
San Francisco, CA 94103
California State Bar No. 130249
brian@bersonlaw.net
Telephone No.:(415)788-2707
Facsimile No.:(415)522-5206

Counsel for Defendant **CORINTHIAN CAIN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br><br>CORINTHIAN CAIN,<br><br><br>　　　　　Defendant. | ) No. CR-16-0513 JST<br>)<br>) **STIPULATION AND**<br>) **[PROPOSED] ORDER TO**<br>) **CONTINUE RESTITUTION**<br>**) HEARING AND BRIEFING**<br>**) SCHEDULE**<br>)<br>)<br>)<br>) |

**STIPULATION**

The government and defense, through their respective counsel's signature below, ask and stipulate that the hearing on Corinthian Cain's restitution matter be continued to April 26, 2019 at 9:30 a.m. The parties further stipulate that the government shall submit a memorandum regarding its Financial Litigation Unit's monetary recovery efforts by April 12, 2019, and the defense to reply by April 19, 2019.

　　　　　　　　　　　　　　So stipulated,

1

Date: March __, 2019          /S/-Brian Berson
                              BRIAN P. BERSON
                              Attorney for Corinthian Cain


Date: March __, 2019          /S/-Stephen Meyer
                              STEPHEN MEYER
                              Assistant United States Attorney

**[PROPOSED] ORDER**

For the reasons stated above, Corinthian Cain's restitution hearing and the related briefing schedule are modified as stated above.

So ordered.

Dated: April 5, 2019



THE HONORABLE JON S. TIGAR
United States District Judge