1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  STEPHEN MEYER (CABN 263954)
   Assistant United States Attorneys

5       450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6809
7       Fax: (415) 436-7234
        stephen.meyer@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-0513 JST |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| Corinthian Cain et al., | |
| Defendants. | |

STIPULATION

The parties jointly request that the Court continue the April 26, 2019 restitution hearing for defendants Corinthian Cain, Terrell Joseph, Jylyn Richardson-Green, and Mitchell Comeaux, to July 12, 2019 to allow the parties to make further progress on resolving the outstanding issues. It appears that within the next few weeks, the ATF will be able to return to the victim owners the firearms that are part of the restitution judgment. Thereafter, the parties will need to determine the value of those guns so that we can recommend an offset against the outstanding restitution amounts. Therefore, we are requesting that the matter be continued to July 12, 2019.

STIP TO CONTINUE
CR 16-0513 JST                               1

| | |
|---|---|
| 1 | The government will provide the Court an update regarding its position by June 28, 2019, and if |
| 2 | any defendants seek to respond, they shall do so by July 8, 2019. |
| 3 |     IT IS SO STIPULATED. |

DATED: April 15, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
Stephen J. Meyer
Assistant United States Attorney

/s/
Brian Berson
Attorney for Corinthian Cain

/s/
Adam Pennella
Attorney for Terrell Joseph

/s/
Laurel Headley
Attorney for Jyln Richardson-Green

Agreed by phone on 4/11/19
Deborah G. Levine
Attorney for Mitchell Comeaux

| | |
|---|---|
| 1 | <div align="center">[PROPOSED] ORDER</div> |
| 2 | The restitution hearing for defendants Corinthian Cain, Terrell Joseph, Jylyn Richardson-Green, |
| 3 | and Mitchell Comeaux that is scheduled for April 26, 2019, is continued to July 12, 2019. |
| 5 | DATED: April 15, 2019 |
| 6 | _____ |
| | JON S. TIGAR |
| 7 | United States District Judge |