1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  STEPHEN MEYER (CABN 263954)
   Assistant United States Attorneys
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5037
7       stephen.meyer@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 16-0513 JST |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER** |
| v. ) | |
| CORINTHIAN CAIN, et al., ) | |
| Defendants. ) | |

STIPULATION

A restitution hearing in this matter is scheduled for July 12, 2019.

On July 8, 2019, attorneys for the government and defendants Joseph and Richardson-Green submitted a stipulation to continue the restitution hearing for those two defendants to August 2, 2019, so that the defendants would have time to review information provided about the value of guns recovered by the victim gun store relating to restitution owed by those two defendants.

The government is still waiting to receive information from the separate victim gun store relating to the value of guns recovered by that victim gun store relating to restitution owed by defendants Corinthian Cain and Mitchell Comeaux. The government expects to receive that information shortly

STIP TO CONTINUE
CR 16-0513 JST                    1

1 and will provide it to defense counsel.  Defense counsel will need time to review that information and
2 therefore a continuance is needed for several weeks.  Based on the schedules of the parties and the
3 Court, the parties are jointly requesting that the restitution hearing for defendants Cain and Comeaux be
4 continued to September 13, 2019.

IT IS SO STIPULATED.

DATED: July 10, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
Stephen J. Meyer
Assistant United States Attorney

/s/
Brian Berson
Attorney for Corinthian Cain

/s/
Deborah G. Levine
Attorney for Mitchell Comeaux

[PROPOSED] ORDER

The restitution hearing for defendants Corinthian Cain and Mitchell Comeaux that is scheduled for July 12, 2019, is continued to September 13, 2019.

DATED: July 10, 2019

_____
JON S. TIGAR
United States District Judge

STIP TO CONTINUE
CR 16-0513 JST                                                  3